**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL COMMITTEE** | : | |
| **AND THE CITY OF PROVIDENCE,** | : | |
| **by and through its Finance Director,** | : | |
| **Alex Prignano, Defendants** | : | |

**DEFENDANTS' REQUEST FOR EXTENSION OF DISCOVERY DEADLINE**

Defendants, by and through their undersigned counsel, hereby request an extension of the discovery deadline **until September 1, 2005**, for the following reasons:

(1) The discovery deadline in this matter is July 1, 2005.

(2) Defendants have yet to complete deposition of the Plaintiff, Simone Tassone. On the date of the last scheduled deposition, Plaintiff was ill and unavailable.

(3) Defendants also must complete the deposition of witness James Winn.

(4) On May 23, 2005, Defendants received notice by Plaintiff of her intent to depose eight (8) witnesses by the end of June; included in that group were the two persons whom the Plaintiff had indicated two weeks earlier that she had "targeted" for deposition.

(5) Defense counsel is unavailable for deposition on any of the dates proposed. Specifically, counsel is unavailable on June 7; in Superior Court on a preliminary injunction hearing on June 8 concerning construction of new high school in Providence; out of town at a work-related conference on June 13 and 14; before this

Court for final pretrial conference on June 16 on an unrelated matter (Vargas v. Providence School Board, C.A. 03-018-ML), at a mandatory settlement conference on that same matter on June 20, 2005; and before Magistrate Judge Lincoln Almond, Jr. for jury empanelment on the Vargas matter on June 23, 2005; and then in jury trial on the Vargas soon thereafter. In addition, counsel must be in attendance at various budgetary hearings before the Finance Subcommittee of the Providence City Council on the evenings of June 9, 2005, June 15, 2005, and June 21, 2005.

(6) Plaintiff's counsel has no opposition to this request.

Respectfully submitted,
PROVIDENCE SCHOOL BOARD AND CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401)421-7740 Ext. 333
Fax (401) 351-7596

**CERTIFICATION**

I hereby certify that on this 7th day of June 2005, I mailed a copy of the foregoing to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903

Carolyn M. Ranucci