**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 03-481 ML** |
| **CITY OF PROVIDENCE, et al.,** **Defendants.** | : | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Plaintiff, Simonne T. Tassone, and pursuant to Fed. R. Civ. P. 34 and 37(a)(2)(B), hereby moves this Court to compel Defendant, City of Providence to provide responses to Plaintiff's Third Request for Production of Documents propounded on or about May 20, 2005.

In support of this Motion, Plaintiff states the following. On or about May 20, 2005, Plaintiff propounded a Third Request for Production of Documents. To date, no objection or response has been received. Plaintiff requests that Defendant be required to respond within fifteen (15) days of the date of hearing on this motion. This is necessary because discovery closes on September 1, 2005 and Plaintiff has a number of depositions to conduct and should have the documents beforehand. Plaintiff has complied with Rule 37 and has made an effort to resolve this dispute without Court intervention.

Plaintiff,
By her attorneys,

______________________________

Patricia E. Andrews, #4321
Carly Beauvais Iafrate, #6343
170 Westminster Street, Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail on the 7th day of July 2005, to:

Sara Rapport, Esq.
City of Providence
Department of Law
275 Westminster St., Suite 200
Providence, RI 02903