UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL COMMITTEE** | : | |
| **AND THE CITY OF PROVIDENCE,** | : | |
| **by and through its Finance Director,** | : | |
| **Alex Prignano, Defendants** | : | |

# NOTICE TO TAKE DEPOSITION

DEPONENT: Simonne T. Tassone

DATE & TIME OF TAKING: **Monday, July 25, 2005 at 10:00 a.m.**

To: Patricia E. Andrews, Esq.
Carly Beauvais Iafrate, Esq.
170 Westminster Street
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Please take notice that, pursuant to the provisions of the Federal Rules of Civil Procedure, Defendants will take testimony on oral examination of the above-named deponent, at the date and time herein above referred to, before a Notary Public of the State of Rhode Island or some other duly qualified person and thereafter from day to day as the taking of the deposition may be adjourned, at the office of the **Department of Law, City of Providence, 275 Westminster Street, Suite 200, Providence, Rhode Island.**

You are invited to attend to cross-examine.

DEFENDANTS,
PROVIDENCE SCHOOL BOARD &
CITY OF PROVIDENCE

By its Attorneys:

JOSEPH M. FERNANDEZ
CITY SOLICITOR

SARA A. RAPPORT (#5251)
Senior Assistant City Solicitor
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (Fax)

**CERTIFICATION**

I hereby certify that on this 11th day of ~~June~~ July, 2005, I caused a true copy of the foregoing to be served on the above-listed parties by ☑ mailing a copy of same, ☐ faxing a copy of same, ☐ hand-delivering a copy of same.