UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 03-481ML** **DATE: August 4, 2005**

**TITLE: SIMONNE TASSONE v. CITY OF PROVIDENCE, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Carley Iafrate**

**Defendant: Sara Rapport**

**************************************************************************

**Proceedings: Plaintiff's Motion to Compel Documents**

**All counsel of record present. Both sides argue motion. Court denies the motion to compel documents. Court will allow plaintiff to file a renewed motion to compel documents and schedules a hearing on the motion for 8/22/05 at 10:00 am.**