**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL COMMITTEE AND THE CITY OF PROVIDENCE, by and through its Finance Director, Alex Prignano, Defendants** | : | |

**DEFENDANTS' MOTION TO FILE DISPOSITIVE MOTION UPON COMPLETION OF PLAINTIFF'S DEPOSITION AND PRODUCTION OF PLAINTIFF'S DISCOVERY**

Now come the Defendants Providence School Committee and the City of Providence in the above entitled matter and hereby move this Honorable Court grant their Motion to File Dispositive Motion Upon Completion of Plaintiff's Deposition and Production of Plaintiff's Discovery. Defendants submit the accompanying Memorandum in support thereof.

Respectfully submitted,
PROVIDENCE SCHOOL BOARD AND
CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (JMF

Sara A. Rapport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401)421-7740 Ext. 333
Fax (401) 351-7596

**CERTIFICATION**

I hereby certify that on this 18th day of August, I mailed a copy of the foregoing to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903

______________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL COMMITTEE AND THE CITY OF PROVIDENCE, by and through its Finance Director, Alex Prignano, Defendants** | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO FILE DISPOSITIVE MOTION UPON COMPLETION OF PLAINTIFF'S DEPOSITION AND PRODUCTION OF PLAINTIFF DISCOVERY**

Defendants, by and through their undersigned counsel, hereby request that they be permitted to file dispositive motions in this matter upon completion of discovery of plaintiff. In support of this motion, defense counsel avers as follows:

(1) The discovery deadline is September 1, 2005.

(2) Defendants have not yet been given the opportunity to complete the deposition of the plaintiff, Simonne Tassone. The deposition commenced on December 2, 2004, but had to be interrupted and aborted that day because plaintiff indicated that she was unable to proceed further.

(3) Thereafter, defendants twice scheduled a resumption of the deposition, but on both occasions, counsel for plaintiff cancelled the deposition, shortly before it was to resume, reportedly because plaintiff was unable to make it.

(4) Defendants cooperated with plaintiff's counsel to schedule numerous depositions during August 2005 requested by plaintiff. To accommodate the

vacation schedule of plaintiff's counsel for the week of August 22-26, defense counsel agreed not to resume plaintiff's deposition until August 31, 2005.

(5) In a conversation on August 16 2005, defense counsel sought agreement from plaintiff's counsel to ask permission of the Court to extend the discovery deadline for an additional brief period so that the parties could complete outstanding discovery, with the proviso that no further notices or requests for discovery would issue by either side.

(6) Plaintiff's counsel agreed to seek such enlargement of time to complete depositions that she sought to take; Plaintiff's counsel indicated, however, that although she would agree to permit plaintiff to be deposed after September 1, 2005, she would oppose any enlargement of time for filing by defendants of dispositive motions to permit defendants to complete discovery of plaintiff prior to such filing. Defense counsel has legitimate concerns, based on the plaintiff's prior conduct in failing to appear for deposition, that plaintiff will either not make herself available on August 31st or only available for a limited period of time.

(7) Defendants now respectfully ask that this Court permit them to:

(a) Complete discovery of Plaintiff after September 1, 2005 and no later than October 1, 2005, without prejudice to defendants seeking additional time if plaintiff fails to cooperate in discovery during September 2005 (be timely deposed, produce answers to interrogatories, and/or responses to document requests); and

(b) File dispositive motions on November 1, 2005, with plaintiff to file a response to such motions two weeks thereafter, without prejudice to defendants seeking additional time if plaintiff fails to cooperate in discovery during September 2005 (be timely deposed, produce answers to interrogatories, and/or responses to document requests).

Respectfully submitted,
PROVIDENCE SCHOOL BOARD AND CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport / JMF

Sara A. Rapport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401)421-7740 Ext. 333
Fax (401) 351-7596

**CERTIFICATION**

I hereby certify that on this 18th day of August, I mailed a copy of the foregoing to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903

Jeanne M. Scully