FILED

AUG 1 8 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**SIMONNE T. TASSONE, Plaintiff** :
:
**vs.** : **C.A. No. 03-481ML**
:
**PROVIDENCE SCHOOL COMMITTEE** :
**AND THE CITY OF PROVIDENCE,** :
**by and through its Finance Director,** :
**Alex Prignano, Defendants** :

**DEFENDANTS' MOTION TO FILE DISPOSITIVE MOTION UPON COMPLETION OF PLAINTIFF'S DEPOSITION AND PRODUCTION OF PLAINTIFF'S DISCOVERY**

Now come the Defendants Providence School Committee and the City of Providence in the above entitled matter and hereby move this Honorable Court grant their Motion to File Dispositive Motion Upon Completion of Plaintiff's Deposition and Production of Plaintiff's Discovery. Defendants submit the accompanying Memorandum in support thereof.

Respectfully submitted,
PROVIDENCE SCHOOL BOARD AND
CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rappont / JMF

Sara A. Rappport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401)421-7740 Ext. 333
Fax (401) 351-7596

Granted.
Mary M. Lisi
USDJ 8/19/05