**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL COMMITTEE AND THE CITY OF PROVIDENCE, by and through its Finance Director, Alex Prignano, Defendants** | : | |

**DEFENDANTS' MOTION TO COMPLETE DISCOVERY OF PLAINTIFF BY DECEMBER 1, 2005**

Now come the Defendants Providence School Board and the City of Providence in the above entitled matter and hereby move this Honorable Court grant their Motion to File Dispositive Motion Upon Completion of Plaintiff's Deposition and Production of Plaintiff's Discovery. Defendants submit the accompanying Memorandum in support thereof.

Respectfully submitted,
PROVIDENCE SCHOOL BOARD AND
CITY OF PROVIDENCE

By their Attorney,
JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401)421-7740 Ext. 333
Fax (401) 351-7596

**CERTIFICATION**

I hereby certify that on this 26th day of October 2005, I mailed a copy of the foregoing to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. NO. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL COMMITTEE AND THE CITY OF PROVIDENCE, by and through its Finance Director, Alex Prignano, Defendants** | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPLETE DISCOVERY OF PLAINTIFF BY DECEMBER 1, 2005**

Defendants, by and through their undersigned counsel, hereby request that they be permitted to file dispositive motions in this matter after completion of discovery of plaintiff, which cannot take place before December 1, 2005. Upon information provided by plaintiff's counsel, plaintiff recently suffered an injury at work, and has been unable to be deposed. Defense counsel further avers as follows:

(1) The discovery deadline for this matter closed on September 1, 2005.

(2) As of that date, however, defendants had not yet been afforded the opportunity to complete the deposition of the plaintiff, Simonne Tassone. The deposition commenced on December 2, 2004, but had to be aborted that day because plaintiff indicated that she was unable to proceed further.

(3) Thereafter, defendants twice scheduled a resumption of the deposition, but on both occasions, counsel for plaintiff cancelled the deposition, shortly before it was to resume, reportedly because plaintiff was unable to make it.

(4) By motion filed on 18 August 2005, defendants sought to file their dispositive

motions on 1 November 2005, based on the belief that the parties would complete the discovery of plaintiff by no later than 1 October 2005.

(5) This Court granted defendants' motion on 19 August 2005.

(6) The plaintiff was deposed on 31 August 2005, but the deposition had to be suspended because the questioning of plaintiff could not be completed that day.

(7) Defendants noticed deposition dates of 21 and 22 September, but plaintiff's counsel could not accommodate those dates because of commitments before this Court.

(8) Defendants thereafter noticed deposition dates of 14 and 18 October 2005, for completion of plaintiff's deposition. Plaintiff's counsel orally represented that she would insure that the defendants' outstanding discovery, responses to document requests and answers to interrogatories, were available in advance of the completion of plaintiff's deposition.

(9) Shortly before the date of 14 October, defendants' counsel learned that plaintiff had fallen at work, and suffered a significant injury that rendered her unavailable for deposition.

(10) As of this date, the discovery served upon plaintiff in August 2005 is not yet complete nor returned to defendants, and the plaintiff's resumed deposition has not yet been scheduled. It is unclear when plaintiff will become available.

(11) Defendants now respectfully ask that this Court permit them to:

(a) Complete discovery of plaintiff up to and including 31 December 2005, without prejudice to defendants seeking additional time if plaintiff is

unable or unwilling to complete discovery before then; and

(b) File dispositive motions on February 1, 2005, with plaintiff to file a response to such motions two weeks thereafter, without prejudice to defendants seeking additional time if plaintiff is unable or unwilling to complete discovery before 31 December 2005 (be timely deposed, produce answers to interrogatories, and/or responses to document requests).

Respectfully submitted,
PROVIDENCE SCHOOL BOARD AND CITY OF PROVIDENCE

By their Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
Tel (401) 421-7740 Ext. 385
Fax (401) 351-7596

**CERTIFICATION**

I hereby certify that on this 26th day of October, 2005, I caused a copy of the foregoing to be mailed, first-class, to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903