**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.A. No. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL COMMITTEE AND THE CITY OF PROVIDENCE, by and through its Finance Director, Alex Prignano, Defendants** | : | |

**ERRATA TO MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY OF PLAINTIFF**

In the Motion filed yesterday by Defendants Providence School Board and the City of Providence in the above entitled matter, counsel mistakenly requested in the caption an enlargement of time until December 1, 2005 to complete discovery of the Plaintiff; instead Defendants request until December 31, 2005, as reflected in the body of the Memorandum accompanying the Motion.

Respectfully submitted,
PROVIDENCE SCHOOL BOARD AND
CITY OF PROVIDENCE

By their Attorney,
JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401)421-7740 Ext. 333
Fax (401) 351-7596

**CERTIFICATION**

I hereby certify that on this 27th day of October 2005, I mailed a copy of the foregoing Errata to Motion for Enlargement of Time to Complete Discovery of plaintiff to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903

___________________________