UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SIMONNE T. TASSONE

v. CA 03-481 ML

CITY OF PROVIDENCE

ORDER

This matter came before The Honorable Mary M. Lisi on November 30, and December 14, 2005, on Defendant's Motion to Complete Discovery of the Plaintiff by December 31, 2005. After conference thereon, the following order shall enter:

1. Plaintiff shall serve Plaintiff's Answers to Defendants' First Set of Interrogatories upon Defendants by Wednesday, December 21, 2005

2. The conclusion of Plaintiff's deposition will be conducted at her home on January 4, 2006. Defendants will be allowed four hours of examination.

3. All other discovery is closed, except that Defendants may conduct further discovery, if needed, based on the answers to interrogatories to be served December 21, 2005, and any issues raised at Plaintiff's deposition on January 4, 2006.

4. Dispositive motions shall be filed by February 3, 2006.

5. Pretrial memoranda are due two weeks after the Court's ruling on any dispositive motions.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
December 19, 2005