**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL BOARD** | : | |
| **AND THE CITY OF PROVIDENCE,** | : | |
| **Stephen Napolitano, Defendants** | : | |

**MOTION TO ENLARGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

The Defendants seek one additional month, until 3 March 2006, to file the Motion for Summary Judgment. The reason for the request is that Plaintiff has not yet produced, after repeated requests, all the relevant medical documents concerning Plaintiff, which documents are essential to assessing her allegation that she is "disabled" within the meaning of the Americans with Disabilities Act of 1990, 42 U.S.C. § 1201, and analogous state law. See Kriegel v. State of Rhode Island, Dep't Corrections, 266 F. Supp.2d 288, 298 & n.8 (D.R.I. 2003) (finding that Defendants' concession that plaintiff was disabled to be "inexplicable" and noting that the United States Supreme Court has "established a highly rigorous standard for qualifying as "'disabled' under [federal law]"). Defense counsel is relying upon advice of a physician, who is helping defense counsel assess this claim and make recommendations for trial expertise. Such consultant needs to review the recent spate of documents being produced by the Plaintiff, and meet with defense counsel. Defense counsel has made good faith efforts to acquire this discovery in timely fashion, as follows:

(1) On 9 August 2005, Defendants made a request for production of documents. After more than one written reminder/request, the Plaintiff responded with

medical documents, some on 31 October 2005, and additional ones on 2 November 2005. On 4 January 2006, the Plaintiff's deposition was concluded.

(2) During her deposition of 4 January 2006, the Plaintiff confirmed the existence of additional documents, not produced, of relevance to the instant action. Defense counsel sent counsel for Plaintiff a letter requesting such documents on 6 January 2006. Counsel received in response a letter from Plaintiff's counsel dated 18 January 2006.

(3) On Thursday, 26 January 2006, defense counsel retrieved 339 pages of additional documents with the cover letter attached hereto as Exhibit A.

(4) On Friday, 27 January 2006, and Tuesday 31 January 2006, plaintiff's counsel notified defense counsel via electronic mail that additional documents were available for pickup by messenger from the Law Department. Those messages are attached hereto as Exhibit B (4 pages).

Defense counsel is out of town, attending national conference on Special Education Law from Saturday 4 February 2006 through Tuesday 7 February 2006. Counsel will deliver the documents produced to the medical consultant by no later than Friday, 3 February 2006 for his review during her absence, and will meet with such consultant at his earliest availability thereafter.

Counsel therefore requests until 3 March 2006 to file what is hoped will be a meritorious motion for summary judgment. The added time will facilitate a thorough assessment of the Plaintiff's case in light of this recent (and overdue) production of discovery by the Plaintiff.[1]

Respectfully submitted,

PROVIDENCE SCHOOL BOARD AND CITY OF PROVIDENCE

By their Attorney,
JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401) 421-7740 Ext. 333
Fax (401) 351-7596

**CERTIFICATION**

I hereby certify that on this 31st day of January 2006, I mailed a copy via first-class mail, the foregoing document to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903.

[1] Today is defense counsel's birthday! She is over forty (40) years old.

# EXHIBIT "A"

*Law Office of*

# Patricia E. Andrews

170 Westminster Street • Suite 601 • Providence, Rhode Island 02903
Tel. 401-421-0966 • Fax 401-351-4802
E-mail Addresses: PEAndrews@verizon.net & Clafratelaw@cox.net

*Admitted in RI and D.C.*

*Of Counsel*
**Carly B. Iafrate**
*Admitted in RI*

January 26, 2006

Sara A. Rapport, Esquire
Senior Assistant City Solicitor
Chief Legal Counsel, PSD
Department of Law
275 Westminster Street
Suite 200
Providence, Rhode Island 02903-1845

Re: *Tassone v. City of Providence*

Dear Sara:

I am enclosing medical records which are responsive. They bear bate-stamp numbers 00001-000367.

I am in the process of preparing a formal document response. It is taking longer than anticipated. This is because documents are continuing to come in which must be reviewed by me, numbered, and xeroxed. In fact, we received additional documents yesterday afternoon which you will be receiving the beginning of next week. They deal with the kidney stone issue.

I am working on the formal document today. You should have it no later than the beginning of the week. In the meantime, I will continue to send you documents as they come in.

If you have any questions, please call me.

Very truly yours,

Patricia E. Andrews

Enclosures
HAND DELIVERY

# EXHIBIT "B"

**Sara Rapport**

**From:** Pat Andrews [peandrews@verizon.net]

**Sent:** Friday, January 27, 2006 4:06 PM

**To:** Sara Rapport

Sara:

As predicted, we have received additional medicals. They are being bate-stamped and xeroxed. You can have your messenger pick them up on Monday. I have to be in federal court in the morning. Please have him call first.

Pat

**Sara Rapport**

**From:** Pat Andrews [peandrews@verizon.net]

**Sent:** Tuesday, January 31, 2006 10:19 AM

**To:** Sara Rapport

Sara:

Your messenger just came. I had asked that you call first. I told him to come back in a short while because we sent the copying out and it looks like the numbers are messed up. I am going through it now. I have one last batch which have been numbered and must be xeroxed. This last batch you already have but I am putting numbers on them to be consistent.

If you have any questions, just call me.

Pat

**Sara Rapport**

**From:** Pat Andrews [peandrews@verizon.net]
**Sent:** Tuesday, January 31, 2006 11:32 AM
**To:** Sara Rapport

Sara:

You can have your messenger pick up documents numbered 368-886. I am having xeroxed the final batch and they will be ready tomorrow. These are the ones you already have but they have been bate-stamped. I am attaching the formal document response.

If you have any questions or problems, please let me know.

Pat

**Sara Rapport**

**From:** Pat Andrews [peandrews@verizon.net]

**Sent:** Tuesday, January 31, 2006 11:33 AM

**To:** Sara Rapport

Sara:

I did not attach. Will send executed one tomorrow with final installment of documents.

Pat