**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO. 03-481ML** |
| | : | |
| **PROVIDENCE SCHOOL BOARD** | : | |
| **AND THE CITY OF PROVIDENCE,** | : | |
| **Stephen Napolitano, Defendants** | : | |

**MOTION SEEKING ONE ADDITIONAL WEEK TO FILE DISPOSITIVE MOTION**

The Defendants seek one additional week, until 10 March 2006, to file the Motion for Summary Judgment and accompanying papers. The reason for the request is that despite counsel's best efforts, and given the significant amount of discovery produced this past month (hundreds of pages of medical documents), the Motion, Statement of Facts, and accompanying Memorandum are not yet done. The parties were in court as recently as 17 February 2006, after which Magistrate Judge David Martin granted in part the defendants' Motion to Compel. Defendants will not seek to await this production, however, as the documents to be produced go to the issue of damages and can likely be addressed, if this Court permits, in a reply to the Plaintiff's response to the dispositive motion.

The work is nearly complete. Counsel respectfully seeks one additional week, and can aver with certainty that this will be the last request for additional time.

Respectfully submitted,

PROVIDENCE SCHOOL BOARD AND CITY OF PROVIDENCE

By their Attorney,
JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (No. 6614)
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401) 421-7740 Ext. 333
Fax (401) 351-7596

**CERTIFICATION**

I hereby certify that on this 3rd day of March 2006, I mailed a copy via first-class mail, the foregoing document to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903.