**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO. 03-481 ML** |
| | : | |
| **PROVIDENCE SCHOOL BOARD** | : | |
| **& THE CITY OF PROVIDENCE,** | : | |
| **by & through Stephen Napolitano, Defendants** | : | |

**AFFIDAVIT OF DONALD W. ZIMMERMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1. I am the Senior Executive Director of Human Resources for the Providence School Department ("Department"). I have worked in this capacity fulltime since January 2003. As of February 2002, I served as consultant to the Department, and began working part-time for the Department in August 2002.

2. The facts set forth below are drawn from my personal knowledge or from personnel records maintained by the Department. These records are of regularly conducted activities reflecting student population and employment of Department staff, made at or near the time by, or from information transmitted by, a person with knowledge. These records are also kept in the course of regularly conducted business by the Department, and it is the regular practice of the Department to make such records. I have attached copies of Ms. Tassone's schedule hereto; these documents are relevant to paragraph 17

3. Simonne Tassone ("Tassone") is a special education teacher employed by the Providence School Board. She began on 30 October 1992 as a substitute teacher,

and effective 2 September 1993, was appointed to a full-time teaching position.

4. Robert E. Lee served as principal of the Bridgham Middle School from August 1993 until his retirement in December 2001.

5. Richard Cochrane served as principal at Bridgham from January 2002 through June 2003.

6. Dinah Larbi ("Larbi") became principal at Bridgham in August 2003, and remains its leader to the present date.

7. Robert DiRuzzo ("DiRuzzo") was an assistant principal at Bridgham from August 1991 until June 2002, when he retired.

8. From 1991 until 1997, DiRuzzo was the only assistant principal at Bridgham; effective September 1997, a second assistant principal, Nidia Diez Karbonik ("Karbonik"), was assigned to Bridgham.

9. Karbonik served with DiRuzzo at Bridgham until July 2002, when she left the Department to assume a position as administrator in another school system in Rhode Island.

10. DiRuzzo was replaced by Robert Perkins in July 2002, and Karbonik by Larbi in August 2002

11. As of July 2002, Bridgham, like other similarly situated schools in the Department, lost an administrator, so that at present, Bridgham has one principal and one assistant principal.

12. The population at Bridgham from 1993, when Tassone began, until May 2002, when she filed the instant charge, was approximately six-hundred (600) students and fifty (50) teachers.

13. I accompanied Senior Assistant City Solicitor Sara Rapport on 4 January 2006 to Ms. Tassone's home in Pawtucket, where Attorney Rapport conducted Ms. Tassone's deposition. I observed that back and front entrances to Tassone's house do not have a ramp but only stairs, and require passing through at least two doors at each entrance. Moreover, the building is three stories, with narrow stairs inside connecting the first and second floors.

14. Ms. Tassone was out of work from 24 December 1998 until 14 March 1999. She received full compensation for this period of unemployment, pursuant to state workers' compensation law and the teachers' contract.

15. Ms. Tassone was out of work from 5 February 2002 through 25 August 2002; pursuant to workers' compensation law and the contract, she received reimbursement for all medical expenses and full compensation for this period of unemployment.

16. Ms. Tassone was out of work, on sick leave, from 10 January 2000 to 3 March 2000.

17. Beginning sometime in 1998 or 1999, Ms. Tassone's free period under the contract became sixth period, running from 1:22 to 2:15 p.m. Sixth period was the last one of the day.

I swear under the pains and penalties of perjury that the foregoing is true and correct to the beset of my knowledge, memory, and belief.

Dated: 3/10/2006

[signature]
Donald W. Zimmerman

Sworn + subscribed to before me this 10th day of March 2006,

[signature]
Pamela B. Quigley
Notary Public exp. 2/4/09

**TEACHER'S DAILY PROGRAM** Sept. 1, 1999
SEMESTER BEGINNING

Simonne Tassone — TEACHER'S FULL NAME (PLEASE PRINT)

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 — SOC. SEC. #

SWACS

AREAS OF CERT: 1. Sp Ed m/m 2. 3.

# OF PERIODS: 1. 25 ✓ 2. 3.

HOMEROOM #________ # OF STUDENTS ASSIGNED 10

PRIN. INITIALS: REL

BEFORE SCHOOL ADMINISTRATIVE ASSIGNMENT Corridor duty 2nd floor
AFTER SCHOOL ADMINISTRATIVE ASSIGNMENT Corridor duty 2nd floor

SCHOOL: Bridgham

| | MON. | RM. NO. | TUES. | RM. NO. | WED. | RM NO | THUR. | RM. NO. | FRI. | RM. NO. | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | English M/M 10 | 247 | English M/M 10 | | English M/M 10 | 247 | English M/M 10 | 247 | English M/M 10 | 247 | 8:22 9:15 |
| 2 | English M/M 10 | 247 | English M/M 10 | | English M/M 10 | 247 | English M/M 10 | 247 | English M/M 10 | 247 | 9:15 10:05 |
| 3 | Social Studies M/M 10 | 247 | Social Studies M/M 10 | | Social Studies M/M 10 | 247 | Social Studies M/M 10 | 247 | Social Studies M/M 10 | 247 | 10:07 11:00 |
| 4 | Math M/M 10 | 247 | Math M/M 10 | | Math M/M 10 | 247 | Math M/M 10 | 247 | Math M/M 10 | 247 | 11:00 12:00 |
| 5 | English M/M 10 | 247 | English M/M 10 | | English M/M 10 | 247 | English M/M 10 | 247 | English M/M 10 | 247 | 12:30 1:22 |
| 6 | unassigned | 247 | unassigned | | unassigned | 247 | unassigned | 247 | unassigned | 247 | 1:22 2:15 |

TO BE FILED AT CENTRAL ADMINISTRATION AT THE END OF SECOND WEEK OF EACH SEMESTER. IN EACH SPACE, INDICATE THE SUBJECT TAUGHT/GRADE/NUMBER PUPILS IN CLASS.

HOME ADDRESS: 40 Columbine Ave
Pawtucket RI 02861

TELEPHONE: (401) 7245451

02/15/2006 12:32 401-456-9284 HUMAN RESOURCES PAGE 05/12

School Bridgham Middle

TEACHER'S DAILY PROGRAM 1997 - 1998
SEMESTER BEGINNING

Simonne T. Tassone
TEACHER'S FULL NAME (PLEASE PRINT)

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
SOC. SEC. #

SWACS

AREAS OF CERT:
1. SpEd M/m
2.
3.

# OF PERIODS:
1. 25 ✓
2.
3.

HOMEROOM # ______ # OF STUDENTS ASSIGNED ______

PRIN. INITIALS: RSE

BEFORE SCHOOL ADMINISRATIVE ASSIGNMENT corridor duty

AFTER SCHOOL ADMINISTRATIVE ASSIGNMENT corridor duty

| | MON. | RM. NO. | TUES. | RM. NO. | WED. | RM. NO. | THUR. | RM. NO. | FRI. | RM. NO. | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | 8:20 - 9:15 |
| 2 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | 9:15 - 10:05 |
| 3 | Social Studies SpEd 10 | 247 | Social Studies SpEd 10 | 247 | Social Studies SpEd 10 | 247 | Social Studies SpEd 10 | 247 | Social Studies SpEd 10 | 247 | 10:05 - 11:00 |
| 4 | Math SpEd 10 | 247 | Math SpEd 10 | 247 | Math SpEd 10 | 247 | Math SpEd 10 | 247 | Math SpEd 10 | 247 | 11:00 - 12:00 |
| 5 | Unassigned | 247 | Unassigned | 247 | Unassigned | 247 | Unassigned | 247 | Unassigned | 247 | 12:30 - 1:20 |
| 6 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | English SpEd 10 | 247 | 1:20 - 2:15 |

TO BE FILED AT CENTRAL ADMINISTRATION AT THE END OF SECOND WEEK OF EACH SEMESTER. IN EACH SPACE, INDICATE THE SUBJECT TAUGHT/GRADE/NUMBER PUPILS IN CLASS.

HOME ADDRESS: 40 Columbine Ave Pawtucket RI 02861

TELEPHONE: (401) 724-5451