FILED
MAR 15 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**SIMONNE T. TASSONE,**
**Plaintiff,**

**v.** **C.A. No. 03-481 ML**

**CITY OF PROVIDENCE et al.**
**Defendants.**

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OBJECTION AND SUPPORTING MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Simonne Tassone, ("Plaintiff"), hereby moves for an extension of time of forty-five (45) days, or up to and including Friday, May 12, 2006, in which to file Plaintiff's Objection to Defendant's Motion for Summary Judgment and Memorandum in Support thereof. This extension of time is necessary for the following reasons. Among other things, in cases in which the Defendant has moved for summary judgment on every count, an enormous amount of time-consuming work is involved in preparing the required submission. In addition, one of Plaintiff's counsel, who will provide essential assistance in preparing this memorandum is presently court excused until after the initial time for response expires.

Accordingly, Plaintiff respectfully requests an extension of time within which to file her objection and memorandum.

SIMONNE TASSONE
By her Attorneys,

Granted. Plaintiff shall file her response on or before 5/12/06.
Mary M. Lisi USDJ 3/16/06

Patricia Andrews, Esq. #4321
Carly Beauvais Iafrate, Esq. #6343
170 Westminster Street
Providence, RI 02903
401-421-0966

**CERTIFICATION**

I hereby certify that a copy of the within document was mailed to Sara Rapport, Esq., City of Providence, Department of Law, 275 Westminster St., Suite 200, Providence, RI 02903 on the 15th day of March 2006.