**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 03-481 ML** |
| **CITY OF PROVIDENCE et al.** | : | |
| **Defendants.** | : | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OBJECTION AND SUPPORTING MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Simonne Tassone, ("Plaintiff"), hereby moves for an extension of time of three weeks, or up to and including Friday, June 2, 2006, in which to file Plaintiff's Objection to Defendant's Motion for Summary Judgment and Memorandum in Support thereof. This extension of time is necessary for the following reasons. Plaintiff's counsel, sole practitioners, have just moved their law offices. Because our new building had no infrastructure, we are spending significant amounts of time both pre- and post-move on any number of time-consuming matters necessary to setting up the new office. In addition, the issues raised by opposing counsel have required us to consult with at least two medical experts. One of these experts has notified Plaintiff's counsel that he unavailable until after May 12. Accordingly, Plaintiff respectfully requests an extension of time within which to file her objection and memorandum.

Plaintiff,
By her Attorneys,

Patricia Andrews, Esq. #4321
Carly Beauvais Iafrate, Esq. #6343
170 Westminster Street
Providence, RI 02903
401-421-0966

**CERTIFICATION**

I hereby certify that a copy of the within document was mailed to Sara Rapport, Esq., City of Providence, Department of Law, 275 Westminster St., Suite 200, Providence, RI 02903 on the 24th day of April 2006.