**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO. 03-481 ML** |
| | : | |
| **PROVIDENCE SCHOOL BOARD** | : | |
| **AND THE CITY OF PROVIDENCE,** | : | |
| **Stephen Napolitano, Defendants** | : | |

**MOTION TO FILE REPLY MEMORANDUM**

Now come the Defendants Providence School Board, City of Providence and Stephen Napolitano in the above-entitled matter and hereby moves this Honorable Court for permission to file a reply to the Plaintiff's Memorandum in Support of her Objection to Defendants' Motion for Summary Judgment. On 6 June 2006, defense counsel received Plaintiff's filings, including a seventy-two (72) page memorandum. Less than one month before, on 15 May 2006, defense counsel received 378 additional pages of discovery in the form of medical records. The hearing on the Motion is scheduled for 18 August 2006. Defendants seek until 21 July 2006 to file a reply.

Respectfully submitted,

PROVIDENCE SCHOOL BOARD & CITY OF PROVIDENCE
By their Attorney,
JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rappport (No. 6614)
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (facsimile)

**CERTIFICATION**

I hereby certify that on 20th day of June, 2006, I caused to be mailed a copy of the foregoing via first-class mail to opposing counsel: Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903.

______________________