UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO. 03-481 ML** |
| | : | |
| **PROVIDENCE SCHOOL BOARD AND THE CITY OF PROVIDENCE, Stephen Napolitano, Defendants** | : | |

**MOTION TO FILE REPLY BY JULY 28**

Now come the Defendants Providence School Board, City of Providence and Stephen Napolitano in the above-entitled matter and hereby moves this Honorable Court for permission to file a reply of not more than ten (10) pages, as Ordered by this Court, by 28 July instead of 21 July 2006. In support of this request, counsel avers that the plaintiff's pleadings are voluminous, and include a ten (10) page factual response and a seventy-two (72) page memorandum. To narrow the issues and respond as needed has taken more time than counsel anticipated. The argument for summary judgment will take place on 16 August 2006.

Respectfully submitted,

PROVIDENCE SCHOOL BOARD & CITY OF PROVIDENCE
By their Attorney,
JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (No. 6614)
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401) 421-7740 Ext. 333
(401) 351-7596 (facsimile)

**CERTIFICATION**

I hereby certify that on 19th day of July, I caused to be mailed a copy of the foregoing via first-class mail to opposing counsel: Patricia E. Andrews, Esq., 129 Dyer Street, Providence, RI 02903.

[signature]