UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SIMONNE T. TASSONE, Plaintiff | : |
| | : |
| v. | : C.A. NO. 03-481 ML |
| | : |
| PROVIDENCE SCHOOL BOARD | : |
| AND THE CITY OF PROVIDENCE, | : |
| Stephen Napolitano, Defendants | : |

**AFFIDAVIT II OF DONALD W. ZIMMERMAN**

1. I, Donald W. Zimmerman, am the Senior Executive Director of Human Resources for the Providence School Department.

2. I have reviewed the records kept in the regular course of business at the Department to determine the names, salaries, and periods of service of the personal aids assigned to Simonne T. Tassone.

3. I have determined from these records that Meribel Rodriguez served as the personal aid to Ms. Tassone, under the title of "teacher assistant" from 26 February 2001 until 20 December 2002, with breaks in service for the summer, from 25 June 2001 through 4 September 2001, and from 21 June 2002 through 25 August 2002.

4. For that period of service, Ms. Rodriguez was paid $17,517.89.

5. Ms. Rodriguez resigned her position on 6 January 2003; Ms. Tassone had no aid from that date until 17 January 2003.

6. Thereafter, commencing on 21 January 2003, Obdulia Cedron served as the personal aid to Ms. Tassone, also under the title of "teacher assistant," until 23 September 2005. She also had breaks in service for the summer, from 25 June 2003 through 25 August 2003, from 5 June 2004 through 29 August 2004, and from 25 June 2005 through 28 August 2005.

7. Ms. Cedron began work 29 August 2005 but was reassigned to another position as of 23 September, because Ms. Tassone went on workers compensation leave after a job-related injury on 21 September 2005.

8. Ms. Tassone did return to work for the remainder of the school year; thus, Ms. Cedron has remained to date in the position to which she was reassigned in September 2005.

9. For Ms. Cedron's period of service as an aid to Ms. Tassone, she was paid $33,217.13.

10. The "fully loaded" compensation for the above employees, which includes employer costs for medical plans, pension contributions, union trust fund contributions, pay for time not worked, and statutory benefits such as FICA, Medicare, unemployment compensation and workers compensation, adds approximately 85% to the sum of $50,735.02, bringing the total cost of these two employees, for the period specified, to **$93,859.79**.

I swear under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge, memory and belief.

Dated: July 28, 2006

Donald W. Zimmerman

July 28, 2006

Notary: (Dennis Sidoti)
commission expires 1-15-09