**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. NO. 03-481 ML** |
| | : | |
| **PROVIDENCE SCHOOL BOARD AND THE CITY OF PROVIDENCE, Stephen Napolitano, Defendants** | : | |

## MOTION TO FILE REPLY BRIEF OUTSIDE THE 10-PAGE LIMIT

Now come the Defendants in the above-entitled matter and hereby move this Honorable Court to file this Reply Brief of eighteen (18) pages. The Court had granted the Defendants' motion to file a reply brief of no more than ten (10) pages. Counsel for the Defendants tried with great effort to remain within such limit. Yet the Plaintiff's pleadings were simply too voluminous to do so: they included a ten page, single-spaced factual statement, and a seventy-two (72) page memorandum, sixteen (16) pages of which were single-spaced. Counsel felt it critical to correct the presentation of the record and focus the issues for the Court's review. The Plaintiff is attempting to present a case with events dating back more than ten years ago: it is important not only to explore as fully as possible the statute of limitations issues but also to clarify the witnesses' recollections of events over this significant period of time. Defendants' opening papers (without attachments) comprised fewer than sixty (60) pages. If the Court accepts this filing of eighteen (18) pages, the Defendants' written presentation will still be shorter than that filed by the Plaintiff. Under these circumstances, the Defendants respectfully seek the

Granted. Unopposed - Lisi USDJ 8/1/06

Court's permission to file this somewhat enlarged brief.

Respectfully submitted,

PROVIDENCE SCHOOL BOARD & CITY OF PROVIDENCE
By their Attorney,
JOSEPH M. FERNANDEZ
CITY SOLICITOR

Sara A. Rapport (No. 6614)
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401) 421-7740 Ext. 385
(401) 351-7596 (facsimile)

**CERTIFICATION**

I hereby certify that on 28th day of July, I caused to be mailed a copy of the foregoing via first-class mail to opposing counsel: Patricia E. Andrews, Esq., 129 Dyer Street, Providence, RI 02903.