UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SIMONNE T. TASSONE,
Plaintiff

v. C.A. No. 03-481ML

PROVIDENCE SCHOOL BOARD
AND THE CITY OF PROVIDENCE,
by and through STEPHEN NAPOLITANO,
Defendants

**ORDER**

This Court heard oral argument on Defendants' motion for summary judgment on August 16, 2006. After considering the arguments of counsel at oral argument and as submitted in their summary judgment papers, the Court makes the following orders:

(1). Defendants' motion for summary judgment on Plaintiff's intentional infliction of emotional distress claim (Count XII) is GRANTED.

(2). The Court reserves ruling on the applicable statute of limitations with respect to Plaintiff's hostile work environment claims. A three year statute of limitations applies to all remaining claims except the Rhode Island Civil Rights of Individuals with Handicaps Act claims in which a one year statute of limitations applies.

(3). Defendants' motion for summary judgment in all other respects is DENIED.

SO ORDERED

Mary M. Lisi

Mary M. Lisi
United States District Judge
August 16, 2006