UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CA 03-481ML | Tassone V. Providence School Committee |
| CA 05-066ML | Certified Power v. RISEST, et al |
| CA 05-304ML | Tedeschi v. Travis & Natalie |

PRETRIAL SCHEDULING ORDER

The above listed case is scheduled for the **October, 2006** trial calendar.

Trial counsel are required to make the following filings in accordance with the dates specified in this order.

1. Any motions in limine and supporting memoranda are to be filed by **October 3, 2006**. Objections to motions in limine are to be filed by **October 10, 2006**.

2. Trial counsel must confer with each other and provide to the Court by **October 10, 2006** a list of trial exhibits to be admitted without objection.

3. If testimony is to be presented by way of deposition (video or transcript), a copy of the **entire** transcript must be provided to the court along with a typewritten list of the proponent's designated portions by **October 3, 2006**. Opposing counsel must file any cross designations and objections by **October 10, 2006**.

SO ORDERED:

Mary M. Lisi
United States District Judge
September 12 , 2006