**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SIMONNE T. TASSONE, Plaintiff** | : |
| | : C.A. NO. 03-481ML |
| **vs.** | : |
| **PROVIDENCE SCHOOL COMMITTEE AND THE CITY OF PROVIDENCE, by and through its Finance Director, Alex Prignano, Defendants** | : |

## DISMISSAL STIPULATION

The above entitled matter is hereby dismissed, with prejudice, no interest, not costs.

Sara A. Rapport (No. 6614).
Senior Assistant City Solicitor
City of Providence Law Department
275 Westminster Street
Providence, RI 02903
(401)421-7740 Ext. 333
Fax (401) 351-7596

Patricia E. Andrews, Esquire
129 Dyer Street
Providence, Rhode Island 02903

Dated: February 14, 2006

JOSEPH M. FERNANDEZ
City Solicitor

DAVID N. CICILLINE
Mayor

# Department of Law

February 14, 2007

Patricia Andrews, Esquire
129 Dyer Street
Providence, Rhode Island 02903

Re: Simonne T. Tassone v. Providence School Committee et al
United States District Court C.A. No. 03-481-ML

Dear Ms. Andrews:

Enclosed please find the dismissal stipulation in the above matter. Please sign same, file with the Court and send me a fully executed copy for my files.

Thank you.

Very truly yours,

Sara A. Rapport,
Senior Assistant City Solicitor

Enclosure

275 Westminster Street, Suite 200 • Providence, Rhode Island 02903-1845
(401) 421-7740 (Voice) • (401) 751-0203 (TDD) • (401) 351-7596 (Facsimile)